

# In the Missouri Court of Appeals
# Eastern District

JULY 5, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED103193    BRANDON WHITBY, APP V STATE OF MISSOURI, RES